homa. Certiorari denied. *Peyton Ford* for petitioners. *Ernest W. McFarland* for respondent.

No. 446. INTERNATIONAL BROTHERHOOD OF TEAM-STERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA, LOCAL UNION NUMBER 406, ET AL. *v.* POSTMA, DOING BUSINESS AS HAROLD F. POSTMA GRAVEL CO., ET AL. Supreme Court of Michigan. Certiorari denied. *David Previant* and *George S. Fitzgerald* for petitioners. *Jay W. Linsey* for respondents.

No. 555. BROWN ET AL. *v.* CONTINENTAL CASUALTY Co. C. A. 7th Cir. Certiorari denied. *Kellam Foster* for petitioners. *Albert H. Gavit* for respondent.

No. 559. UNITED STATES *v.* AMERICAN CONSTRUCTION Co. Court of Claims. Certiorari denied. *Solicitor General Cummings* for the United States. *William R. Brown* for respondent.

No. 577. MCCRANIE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *J. Alton Hosch* and *John L. Green* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Burger, Samuel D. Slade* and *Cornelius J. Peck* for the United States.

No. 580. PACIFIC ATLANTIC STEAMSHIP Co. *v.* HOL-LIDAY, ADMINISTRATRIX. C. A. 3d Cir. Certiorari denied. *Thomas E. Byrne, Jr.* for petitioner. *Abraham E. Freedman* and *Henry A. Wise, Jr.* for respondent.